# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3618

_____

| | | |
|---|---|---|
| Patricia Davis-Jackson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jeff Federicci, Owner of Bucaneer | * | Eastern District of Missouri. |
| Properties; Diana Ritter, Resident | * | |
| Manager, Village Square Apts., | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: December 16, 2008
Filed: January 9, 2009

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Patricia Davis-Jackson appeals the district court's[1] adverse grant of summary judgment in her pro se action alleging housing discrimination. After careful de novo review, see Ramlet v. E.F. Johnson Co., 507 F.3d 1149, 1152 (8th Cir. 2007) (standard of review), we modify the judgment to be without prejudice as to any state-law claim Davis-Jackson was asserting in her complaint, cf. Labickas v. Ark. State

_____

[1]The Honorable Stephen N. Limbaugh, Sr., United States District Judge for the Eastern District of Missouri, now retired.

Univ., 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam) (following dismissal of federal claims, district court may dismiss state-law claims without prejudice), and we affirm the judgment as modified, see 8th Cir. R. 47B. Appellees' pending motion is denied.

_____